**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com

*Counsel for City of Henderson*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF HENDERSON<br><br>Appellant(s)<br><br>vs.<br><br>BASIC WATER COMPANY; BASIC WATER COMPANY SPE 1 LLC; BANK OF NEVADA<br><br>Appellee(s) | Case No.: 2:23-cv-01373-APG<br>Appeal Reference No.: 23−17<br><br>BK Case No.: 22−13252−mkn<br>Chapter: 11<br><br>**STIPULATION AND ORDER TO STAY APPEAL PENDING CONFIRMATION OF PROPOSED PLAN**<br><br>Jointly administered with:<br>Basic Water Company SPE 1, LLC,<br>Case No. 22-13253-MKN |

City of Henderson ("COH" or "Appellant"), by and through its undersigned counsel, the law firm of Carlyon Cica Chtd., and Appellees Basic Water Company ("BWC"), Basic Water Company SPE 1, LLC ("SPE") and Bank of Nevada ("BOA") by and through its undersigned counsel of record  hereby stipulate and agree as follows:

WHEREAS, on August 15, 2023 the Bankruptcy Court entered its Order on Motion for Allowance and Payment of Administrative Claim[1] [ECF No. 465]; and

WHEREAS, on August 28, 2023, COH filed its Notice of Appeal and Statement of Election [ECF No. 482]; and

---

[1]  All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case as they appear on the docket maintained by the clerk of the court.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1    WHEREAS on September 5, 2023 the Notice of appeal was docketed with to United States

2  District Court

3    WHEREAS, Debtors, Basic Water Company and Basic Water Company SPE 1, LLC, have

4  reached an agreement with respect to the subject matter of this appeal, which is subject to approval

5  through the Debtors' pending First Amended Joint Plan of Reorganization for Basic Water

6  Company and Basic Water Company SPE 1, LLC under Chapter 11 of the Bankruptcy Code dated

7  August 25, 2023 [ECF No. 473] (the "Plan"), which is currently set for hearing on October 10, 2023

8  at 9:30 a.m.; and

9    WHEREAS, the Parties anticipate that this appeal will be resolved via confirmation of the

10  Plan; and

11    WHEREAS, the Parties anticipate that the Effective Date of the Plan will occur prior to

12  December 31, 2023:

13    **IT IS HEREBY STIPULATED** that the Appeal is hereby stayed through and including

14  December 31, 2023.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    **IT IS FURTHER HEREBY STIPULATED** that, if the Appeal is not dismissed prior to

2  December 1, 2023, Appellant shall file a status report with the Court on or before December 15,

3  2023.

4    **IT IS SO STIPULATED**

5

6  **CARLYON CICA CHTD.**                          **SCHWARTZ LAW, PLLC**

7  By: /s/  *Candace Carlyon*                        By: /s/  *Samuel Schwartz*
   CANDACE C. CARLYON, ESQ.                    SAMUEL A. SCHWARTZ, ESQ.

8  Nevada Bar No. 2666                              601 East Bridger Avenue
   265 E. Warm Springs Road, Suite 107          Las Vegas, NV 89101

9  Las Vegas, NV 89119                            *Attorneys for the Appellees Basic Water*
   Email:  ccarlyon@carlyoncica.com             *Company and Basic Water Company SPE 1,*

10 *Counsel for City of Henderson*                 *LLC*

11                                                    **SQUIRE PATTON BOGGS (US) LLP**

12                                                    By: /s/_____*Maura McIntyre*_____

13                                                    KAROL K. DENNISTON, ESQ.
                                                      (admitted *Pro Hac Vice*)

14                                                    475 Sansome Street, 16th Floor
                                                      San Francisco, CA 94111

15                                                    JEFFREY N. ROTHLEDER, ESQ.
                                                      (admitted *Pro Hac Vice*)

16                                                    2550 M Street NW
                                                      Washington, DC 20037

17                                                    MAURA P. MCINTYRE, ESQ.
                                                      (admitted *Pro Hac Vice*)

18                                                    1000 Key Tower, 127 Public Square
                                                      Cleveland, OH 44114

19                                                    *Counsel for Bank of Nevada*

20

21                                                    <u>**ORDER**</u>

22                                                    **IT IS SO ORDERED:**

23                                                    _____

24                                                    UNITED STATES DISTRICT COURT JUDGE

25                                                    DATED: _____

26

27

28

3