1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
            tfrey@carlyoncica.com
*Counsel for City of Henderson*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF HENDERSON<br><br>Appellant(s)<br><br>vs.<br><br>BASIC WATER COMPANY; BASIC WATER COMPANY SPE 1 LLC; BANK OF NEVADA<br><br>Appellee(s) | Case No.: 2:23-cv-01373-APG<br>Appeal Reference No.: 23−17<br><br>BK Case No.: 22−13252−mkn<br>Chapter: 11<br><br>**STIPULATION AND ORDER TO DISMISS APPEAL**<br><br>Jointly administered with:<br>Basic Water Company SPE 1, LLC,<br>Case No. 22-13253-MKN |

City of Henderson ("COH" or "Appellant"), by and through its undersigned counsel, the law firm of Carlyon Cica Chtd., and Appellees Basic Water Company ("BWC"), Basic Water Company SPE 1, LLC ("SPE") and Bank of Nevada ("BOA") by and through their undersigned counsels of record hereby stipulate and agree as follows:

WHEREAS, on August 15, 2023, the Bankruptcy Court entered its Order on Motion for Allowance and Payment of Administrative Claim[1] [ECF No. 465]; and

WHEREAS, on August 28, 2023, COH filed its Notice of Appeal and Statement of Election [ECF No. 482]; and

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case as they appear on the docket maintained by the clerk of the court.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

WHEREAS on September 5, 2023, the Notice of Appeal was docketed with the United States District Court; and

WHEREAS, Debtors, Basic Water Company and Basic Water Company SPE 1, LLC, have reached an agreement with respect to the subject matter of this appeal, which is subject to approval through the Debtors' pending First Amended Joint Plan of Reorganization for Basic Water Company and Basic Water Company SPE 1, LLC under Chapter 11 of the Bankruptcy Code dated August 25, 2023 [ECF No. 473] (the "Plan"), which the hearing was held on October 10, 2023 at 9:30 a.m.; and

WHEREAS, On October 20, 2023, the Bankruptcy Court entered its Order Granting Debtors' Motion to Approve Settlement with City of Henderson, et al. Pursuant to Bankruptcy Rule 9019 [ECF No. 570]; and

WHEREAS, on November 15, 2023, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Confirming Debtors' First Amended Joint Plan of Reorganization [ECF No. 582]; and

WHEREAS, on November 20, 2023, Debtor filed its Notice of Effective Date of Debtors' Plan of reorganization [ECF 585]. Effective Date of the Plan is November 17, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    **IT IS HEREBY STIPULATED** based on the foregoing; the Parties agree that the above-

2    captioned appeal shall be dismissed with each Party to bear its own fees and costs.

3        **IT IS SO STIPULATED**

4    **CARLYON CICA CHTD.**                          **SCHWARTZ LAW, PLLC**

5
     By: /s/ *Tali J. Frey, Esq*                     By: /s/ *Samuel A. Schwartz, Esq*
6    CANDACE C. CARLYON, ESQ.                          SAMUEL A. SCHWARTZ, ESQ.
     Nevada Bar No. 2666                               601 East Bridger Avenue
7    TALI J. FREY, ESQ.                                Las Vegas, NV 89101
     Nevada Bar No. 16537                              *Attorneys for the Appellees Basic Water*
8    *Counsel for City of Henderson*                   *Company and Basic Water Company SPE 1,*
9                                                      *LLC*

10                                                    **SQUIRE PATTON BOGGS (US) LLP**

11                                                    By: /s/ *Maura P. McIntyre., Esq*
12                                                    KAROL K. DENNISTON, ESQ.
                                                      (admitted *Pro Hac Vice*)
13                                                    475 Sansome Street, 16th Floor
                                                      San Francisco, CA 94111
14                                                    JEFFREY N. ROTHLEDER, ESQ.
                                                      (admitted *Pro Hac Vice*)
15                                                    2550 M Street NW
                                                      Washington, DC 20037
16                                                    MAURA P. MCINTYRE, ESQ.
                                                      (admitted *Pro Hac Vice*)
17                                                    1000 Key Tower, 127 Public Square
                                                      Cleveland, OH 44114
18                                                    *Counsel for Bank of Nevada*
19

20                                                    <u>**ORDER**</u>

21                                                        **IT IS SO ORDERED:**

22                                                    _____
23                                                    UNITED STATES DISTRICT COURT JUDGE

24                                                    DATED: December 1, 2023

25

26

27

28

3